UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA SHAFFER,
Plaintiff

CASE NO.

v.

8:23cv571 SDM-AEP

WILMINGTON SAVINGS FUND SOCIETY, FSB
D/B/A CHRISTIANA TRUST; PRETIUM MORTGAGE ACQUISITION TRUST;
SELENE FINANCE; WILLIAM KNIGHT II; GENNIFER BRIDGES/BURR & FORMAN
LLP; ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS
Defendants.
-----------------------------------------------------/



## PETITION TO CONFIRM JUDGMENT OF A FOREIGN AWARD

**Linda Shaffer, Plaintiff, files this Petition to Confirm Judgment of a Foreign n Award.**

**Defendants:**

**WILMINGTON SAVINGS FUND SOCIETY, FSB
D/B/A CHRISTIANA TRUST; PRETIUM MORTGAGE ACQUISITION TRUST;
SELENE FINANCE; WILLIAM KNIGHT II; GENNIFER BRIDGES/BURR &
FORMAN LLP; ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS**

**Statement in support of this petition:**

1. This court has jurisdiction of this proceeding pursuant to the Statutes and Court Rules of the State of Florida.
2. Plaintiff is a resident of Sarasota County, whose address is 847 Hampton Wood Ct., Sarasota, FL 34232.

   Defendants shall be served with process pursuant to the applicable court rules at these residences or business address at:

   **Wilmington Savings Fund Society, FSB dba Christiana Trust** – 500 Delaware Ave./11th Floor, Wilmington DE 19801
   **Pretium Mortgage Acquisition Trust**                                              500
   Delaware Ave./11th Floor, Wilmington DE 19801
   **Selene Finance** – 9990 Richmond, Suite 400 S, Houston, Texas 77042-4546

1

**William Knight II** – 14817 Oak Lane, Miami, FL 33016
**Burr & Forman LLP** – 200 S Orange Ave. Suite 800, Orlando, FL 32801
**Robertson, Anschutz, Schneid, Crane & Partners** – 6409 Congress Ave. Suite 100, Boca Raton, FL 33487

3. On or about August 30, 2002, BankUnited, FSB (original party) and Defendant agreed to settle a dispute between by binding arbitration. The dispute was arbitrated by arbitrator, Darlene Wente, Ismael Rodriquez, Marina Akrabian by Global Meet with telephonic transmission. All documents relative to the arbitration are attached as follows:

   (a) Arbitration Agreement. Exhibit "A".
   (b) Arbitration Judgment of Decision. Exhibit "B"
FIVE MAILINGS TO DEFENDANTS Exhibits C-G
   (c) Statement of Claim. Exhibit "C"
   (d) Notice of Nonresponse. Exhibit "D"
   (e) Contract Agreement. Exhibit "E"
   (f) Notice of Arbitration. Exhibit "F"
   (g) A Sealed Default Hereby Granted to Linda Shaffer "G"
ADDITIONAL ATTACHMENTS
   (h) Open Corporates of the NATIONAL ARBITRATION ASSOCIATION, LLC "H"
   (i) Office of Inspector General Executive Summary "The FDIC's Shared-Loss Agreement with BankUnited "I"
   (j) Business Observer Public Notice "J"

4. On or about March 14, 2022, the arbitrators entered a judgment or decision (Exhibit "B") in which Plaintiff was awarded the following relief from the Defendants: (describe relief).

AMOUNT OF AWARD: (from page 11 of Award)
The Arbitrators decision is granted in favor of the Claimant: Linda Shaffer-as a DEFAULT AWARD. Respondent(s). are hereby ordered to make changes as to the following: Respondents must immediately return Title of the property known as: 4122 Center Gate Blvd., Sarasota, FL 34233, as follows:
Claimant is granted Compensatory/Punitive Damages
   Respondents must record title to Linda Shaffer, as her sole and separate property, make payment as to the value in damages and overages: $1.2M x 3=$3.6 Million Dollars;

Civil Rights Abuse:
   A. As to each person (named Respondent) several and enjoined, payment must be made payable to Linda Shaffer, in violation of her Civil rights, $1 Million Dollars;
   B. Respondent must make payment of punitive damages to Linda Shaffer, for the total amount of Five Million Dollars ($5,000,000.00), each Respondent, held in joint and several liability.

    C. Restore credit to Linda Shaffer, as to all three credit bureaus, based on the recording of false Instruments recorded in the County Recorder's Office, where the property is located. Expunge all court records as it pertains to VOID JUDGMENTS.

5. Defendant has failed to abide by the arbitration judgment and Plaintiff seeks an order from the court enforcing the arbitration judgment and incorporation same into judgment of this court.
6. Plaintiff further requests that Plaintiff be awarded all costs and reasonable expenses in bringing this action, including any attorney fees incurred by Plaintiff.

WHEREFORE, Plaintiff prays for an order of this court that will grant the following relief.
    (a) Judgment of and from the Defendant in favor of Plaintiff awarding Plaintiff Amount of Award (see above #4) and thereby enforcing the Arbitration award attached as Exhibit "B"
    (b) All costs, expenses and reasonable attorney fees incurred by plaintiff in prosecuting this action.

DATE: March 14, 2023.

_Linda Shaffer_
Plaintiff Signature

Plaintiff Name: Linda Shaffer
Address: 847 Hampton Wood Ct., Sarasota, FL 34232
Phone: 941 993-2101

CERTIFICATE OF SERVICE

I certify that a true and correct copy was emailed and or sent by US postal mail to **Wilmington Savings Fund Society, FSB dba Christiana Trust** – 500 Delaware Ave./11th Floor; **Pretium Mortgage Acquisition Trust** - 500 Delaware Ave./11th Floor, Wilmington DE 19801; **William Knight II** – 14817 Oak Lane, Miami, FL 33016;, Wilmington DE 19801; **Selene Finance** – 9990 Richmond, Suite 400 S, Houston, Texas 77042-4546; **Burr & Forman LLP** – 200 S Orange Ave. Suite 800, Orlando, FL 32801; **Robertson, Anschutz, Schneid, Crane & Partners** – 6409 Congress Ave. Suite 100, Boca Raton, FL 33487 on March 14, 2023.

_Linda Shaffer_